**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-628**

---

In Re:  JOHNNIE N. ROWE,

                                        Petitioner.

---

On Petition for Writ of Mandamus.
(CR-94-11821, CR-94-20097)

---

Submitted:  September 30, 1998        Decided:  October 14, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Johnnie N. Rowe, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnnie Rowe, a North Carolina inmate, filed this petition for a writ of mandamus asking this court to compel the district court to address on the merits his motion to dismiss his criminal conviction. The granting of a writ of mandamus is a drastic remedy to be used in extraordinary circumstances. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by petitioner, and that there is no other adequate remedy available. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Rowe has failed to make the requisite showing for such extraordinary relief. Accordingly, we deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2